UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

| | |
|---|---|
| Joseph J. Sivak, Jr., | Court File No.  17-cv-902 |
| Plaintiff, | |
| v. | **SECOND AMENDED COMPLAINT** |
| Cody Rides, LLC, <br> Tom Collins Group, LLC, <br> Show Productions, Inc. d/b/a Audio Visions <br> and SNOWTA NYE, LLC, | |
| Defendants. | |

---

COMES NOW the Plaintiff, who for his cause of action against the Defendants herein, states and alleges:

1. At all times material and relevant herein, Plaintiff has been a resident and citizen of the State of Louisiana;

2. At all times material and relevant herein, Defendant Cody Rides, LLC has been a limited liability company organized and existing under the laws of the State of Minnesota with its principal place of business in the State of Minnesota. On information and belief, its members are Merritt Cody, a citizen of the State of Minnesota; and Method Equipment Company, a sole proprietorship organized and existing under the laws of the State of Minnesota with its principal place of business in the State of Minnesota, whose sole proprietor is Merritt Cody, the aforementioned citizen of the State of Minnesota;

3. At all times material and relevant herein, Defendant Tom Collins Group, LLC has been a limited liability company organized and existing under the laws of the State of Nevada with its principal place of business in the State of Minnesota. On

information and belief, its only member is Thomas Collins, a citizen of the state of Minnesota;

4. At all times material and relevant herein, SNOWTA NYE, LLC has been a limited liability company organized and existing under the laws of the State of Minnesota with its principal place of business in the State of Minnesota. Its members are the Thomas J. Collins Revocable Trust, whose trustee, Thomas Collins, is a citizen of the State of Minnesota; and Alix Heiligman, a citizen of the State of Minnesota;

5. Show Productions, Inc. d/b/a Audio Visions is a corporation organized under the laws of the State of Nebraska with its principal place of business in the State of Nebraska;

6. On December 31st, 2016, Defendants were operating a festival for amusement and entertainment of their customers in the City of Minneapolis, Minnesota known as SNOWTA NYE;

7. As a part of said entertainment and amusement, Defendant Cody Rides, LLC, operated a Ferris wheel amusement ride for use by customers of SNOWTA NYE, including Plaintiff;

8. Defendants Tom Collins Group, LLC, Show Productions, Inc. d/b/a Audio Visions and SNOWTA NYE, carelessly and negligently permitted Defendant Cody Rides, LLC, to operate its Ferris wheel without proper maintenance or inspection;

9. Defendant Cody Rides, LLC, operated its Ferris wheel without proper maintenance or inspection; and operated said Ferris wheel in a careless and negligent manner;

10. As a direct and proximate result of the carelessness and negligence of the Defendants described herein, Plaintiff suffered severe and grievous bodily injury while riding said Ferris wheel as a passenger at the express invitation of Defendants;

11. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff has suffered great pain of body and mind past and present and will suffer great pain of body and mind in the future, sustained medical expenses in an amount of approximately $200,000 as of the date of this Complaint, sustained permanent disability and inability to engage in all of his daily activities of living and been prevented from transacting his affairs, all to his damage;

WHEREFORE, Plaintiff prays judgment be entered in his favor and against Defendants for a reasonable sum of money in excess of Seventy-Five Thousand Dollars ($75,000), and that Defendants be ordered to reimburse Plaintiff for his costs, disbursements, pre- and post-judgment interest, and such other and further relief as the law may afford.

DATED:  6/28/2017            FALSANI, BALMER, PETERSON & QUINN

s/ James W. Balmer
JAMES W. BALMER (4376)
1200 Alworth Building
306 West Superior Street
Duluth, Minnesota  55802-1800
Telephone:  (218) 723-1990
*Attorneys for Plaintiff*